```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06355
   NEVA E HOWARD
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-0283

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 04/10/2007 and was confirmed 06/06/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

      The case was dismissed after confirmation 11/28/2007.
-------------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
-------------------------------------------------------------------------------
  AMERICREDIT FINANCIAL SV   SECURED               .00            .00             .00
  AMERICREDIT FINANCIAL SE   UNSECURED             .00            .00             .00
  CITY OF CHICAGO DEPT OF    SECURED            346.25            .00           57.72
  FISHER & SHAPIRO           NOTICE ONLY    NOT FILED            .00             .00
  MONTEREY FINANCIAL         SECURED            900.00          17.33          176.17
  MONTEREY FINANCIAL         UNSECURED         1000.00            .00             .00
  SELECT PORTFOLIO SERVICI   CURRENT MORTG         .00            .00             .00
  SELECT PORTFOLIO SERVICI   MORTGAGE ARRE   21627.98            .00             .00
  SCHOTTLER & ASSOCIATES     PRIORITY        NOT FILED            .00             .00
  ASSET ACCEPTANCE LLC       UNSECURED         319.95            .00             .00
  ICS INC                    UNSECURED       NOT FILED            .00             .00
  ICS INC                    UNSECURED       NOT FILED            .00             .00
  PEOPLES GAS & LIGHT        UNSECURED         894.01            .00             .00
  RJM AQUISITIONS FUNDING    UNSECURED          76.52            .00             .00
  UNITED COLLECTIONS         UNSECURED       NOT FILED            .00             .00
  VAN RU CREDIT CORPORATIO   UNSECURED       NOT FILED            .00             .00
  SCHOTTLER & ASSOCIATES     DEBTOR ATTY      1,500.00                        1,109.00
  TOM VAUGHN                 TRUSTEE                                             94.78
  DEBTOR REFUND              REFUND                                                .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
  TRUSTEE                1,455.00

  PRIORITY                                           .00
  SECURED                                         233.89
      INTEREST                                     17.33
  UNSECURED                                          .00
  ADMINISTRATIVE                                 1,109.00
  TRUSTEE COMPENSATION                              94.78

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 06355 NEVA E HOWARD
```

```
DEBTOR REFUND                                                      .00
                                            ---------------  ---------------
TOTALS                                             1,455.00         1,455.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/27/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE